tered January 9, 1970 enjoining foreclosure sale is vacated. *John F. McBurney*, petitioner, pro se. *Herbert Katz*, for respondent.

February 12, 1970.

M. P. No. 628. ANGELA BUFFI *v.* JOHN G. FERRI. Motion for leave to reargue denied. *Herbert F. DeSimone*, Attorney General, *Charles G. Edwards*, Asst. Attorney General, for Rhode Island Commission for Human Rights. *Milton Stanzler, Philip Weinstein, Richard W. Zacks*, Amicus Curiae, Rhode Island Affiliate of American Civil Liberties Union; *H. Seymour Wiley*, Amicus Curiae, Equal Opportunities Group (Chandler W. Johnson, John R. Kellam, Frederick M. Clark, Jr., Rev. E. McKinnon White), for complainant. *Vincent A. Ragosta*, for respondent.

M. P. No. 940. ROSE OKEN *v.* HENRY OKEN. Motion for leave to file petition for certiorari denied, and Order entered December 23, 1969 vacated. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum*, for plaintiff-appellee. *Aisenberg, Decof & Dworkin, Stanton V. Abrams*, for defendant-appellant.

M. P. No. 979. RAYMOND L. S. PATRIARCA *v.* THE HONORABLE JAMES C. BULMAN, *Justice of the Superior Court*, AND HERBERT F. DESIMONE, *in his capacity as Attorney General of the State of Rhode Island, and any representative of said office.* Motion for leave to file petition for writ of certiorari denied. *Carmine A. Rao*, for petitioner. *Donald P. Ryan*, Asst. Attorney General, for respondent.

February 13, 1970.

Ex. &c. No. 921. JOHN R. LORD *v.* BERNARD F. McGUIRE, JR. This is a negligence action which was commenced in the Superior Court on July 12, 1965. A stipulation signed by counsel for both parties was filed on September 8, 1965 whereby the defendant's plea in abatement was sustained. The jacket of the case shows that on September 23, 1965 judgment was entered for